ALEXANDER B. CVITAN (SBN 81746), and
MARSHA M. HAMASAKI (SBN 102720), Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Boulevard, Suite 2000
Los Angeles, California  90010-2421
Telephone: (213) 386-3860
Facsimile: (213) 386-5583
E-Mails: alc@rac-law.com; marshah@rac-law.com

**E-FILED 9/26/08**

Attorneys for Construction Laborers Trust Funds for Southern California Administrative Company, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CELIA BEATRIZ DOMENECH, an individual doing business as B C M CO., B C M CLEANING MAINTENANCE CO., B C M CLEANING AND MAINTENANCE, and B C M BUILDING AND MAINTENANCE CO., and DOE 1 through DOE 5, inclusive,<br><br>Defendant. | CASE NUMBER<br><br>CV 08-02190 PSG(CTx)<br><br>ORDER TO SHOW CAUSE RE CONTEMPT |

Upon review of the Application of the Plaintiff ("TRUST FUNDS") seeking an order requiring Defendant, CELIA BEATRIZ DOMENECH, an individual doing business as B C M CO., B C M CLEANING MAINTENANCE CO., B C M CLEANING AND MAINTENANCE, and B C M BUILDING AND MAINTENANCE CO., ("EMPLOYER") to show cause why she should not be adjudged in civil contempt for failing and refusing to obey this Court's Interlocutory Order for Accounting entered on July 31, 2008, which requires her to produce books and records to

1  the TRUST FUNDS for an audit, and to cooperate in all respects
2  therewith for the TRUST FUNDS to determine whether EMPLOYER has
3  complied with the reporting and payment obligations of her labor
4  agreements and/or to determine the full amount of contributions
5  due by the EMPLOYER to the TRUST FUNDS and any damages to the
6  TRUST FUNDS for failure to pay any such contributions:

7       IT IS HEREBY ORDERED THAT:

8       1.   EMPLOYER is ordered to appear before the above-entitled
9  Court on **November 3, 2008, at 1:30 p.m., in Courtroom 790** of the
10 United States District Courthouse, located at 255 E. Temple
11 Street, Los Angeles, California 90012, and show cause, if any, why
12 an order should not be entered adjudging her guilty of failing and
13 refusing to obey this Court's Interlocutory Order for Accounting.

14      2.   Service of a copy of this order and of the application
15 upon which this order is based shall be made by mail to EMPLOYER
16 at least ten (10) days prior to the hearing.

17      3.   If EMPLOYER chooses to file papers in opposition to the
18 TRUST FUNDS' Order to Show Cause Re Contempt, she must do so no
19 later than five (5) days before the hearing.

21 DATED: September 26, 2008         **PHILIP S. GUTIERREZ**
                                     HON. PHILIP S. GUTIERREZ, Judge of
22                                   the United States District Court
                                     Central District of California

24 PRESENTED BY:
   REICH, ADELL & CVITAN
25 A Professional Law Corporation

26 By:        /s/
       MARSHA M. HAMASAKI
27     Attorneys for Plaintiff

-2-

#161625 v1 - [PROPOSED] OSC RE CONTEMPT.wpd